___ Priority
✓ Send
___ Clsd
✓ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
APR 14 2000
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
APR 17 2000
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DALLAS W. MIDGETTE; ELSA MIDGETTE,

    Plaintiffs,

v.

WILSHIRE MORTGAGE CORPORATION, ROBERT E. EMRICH; AND DOES 1-10, INCLUSIVE,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CV 99-6290-WMB

JUDGMENT

CONSTITUTES NOTICE OF ENTRY
REQUIRED BY FRCP, RULE 77(d).

    The Court having issued its Order in the above entitled action, IT IS HEREBY ORDERED that judgment be granted for ROBERT E. EMRICH on all remaining claims in this action.

    Each side to bear its own costs.

Date: April 14, 2000

___ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

Wm. Matthew Byrne, Jr.
United States District Judge